UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1600, Plaintiff, | : : : : | |
| v. | : : | No. 5:16-cv-04675 |
| PPL ELECTRIC UTILITIES CORPORATION, Defendant. | : : | |

| | | |
|---|---|---|
| ALICIA WATKINSON, Plaintiff, | : : : | |
| v. | : : | No. 5:16-cv-04676 |
| PPL ELECTRIC UTILITIES CORPORATION, Defendant. | : : | |

**O R D E R**

**AND NOW**, this 22nd day of December, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Local 1600's Motion for Summary Judgment, Case No. 4675, ECF No. 18, is **DENIED**.

2. Plaintiff Watkinson's Motion for Summary Judgment, Case No. 4676, ECF No. 17, is **DENIED**.

3. Defendant PPL's Motions for Summary Judgment, ECF Nos. 19 (Case No. 4675) and 18 (Case No. 4676), are **GRANTED**.

4. Judgment is **ENTERED** in each case in favor of Defendant and against Plaintiffs.

5. The Clerk of Court shall **CLOSE** these cases.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

122217